

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2014

No. 04-13-00339-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-272
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 9, 2014. Appellant has been granted two extensions of time—for a total of 90 days—in which to file the brief. Our last order stated that no further extensions of time would be granted. Despite our order dated June 10, 2014, ordering appellant to file the brief by July 9, 2014, and warning appellant that no further extensions of time would be granted, appellant still has not filed the brief and has filed a third motion for extension of time requesting an additional 30-day extension.

The motion is GRANTED IN PART. We ORDER appellant's attorney to file appellant's brief on or before July 30, 2014. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id.* 38.8(b)(4).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court